```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MARK ABRAMS,

                    Plaintiff,

    -- against --

HARTFORD LIFE INSURANCE CO.,

                    Defendant.
-------------------------------------------------------x

**SUMMARY ORDER**

05 Civ. 907 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties appeared for oral argument on August 11, 2005 on defendant's motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) and 12(b)(7), or, in the alternative, to join a necessary party under Fed. R. Civ. P. 19(a). For the reasons stated on the record, the motion is denied.

        The parties are to exchange their files promptly, within a week, and shall appear for a case management conference before this Court on September 16, 2005 at 9:30 a.m.

        SO ORDERED.

Dated:    New York, New York
            August 12, 2005

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge