UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/06

------------------------------------------------------------------X

MARK ABRAMS,

                       Plaintiff,

-against-

HARTFORD LIFE INSURANCE COMPANY,

                       Defendant.
------------------------------------------------------------------X

Civil Action No. 05 CIV 0907 (AKH)(JF)

**STIPULATION AND ORDER OF DISMISSAL**

**S I R S:**

    It is hereby stipulated and agreed to among the counsel for the parties to the above action that plaintiff's Complaint is hereby dismissed with prejudice, said dismissal to be without costs to any party.

Dated: Uniondale, New York
         February 3, 2006

| | |
|---|---|
| **RIVKIN RADLER LLP** | **RIEMER & ASSOCIATES LLC** |
| BY: _/s/ Norman Tolle_ | BY: _/s/_ |
| Norman L. Tolle (NLT5081) | Scott M. Riemer, Esq. |
| Attorney for Defendant Hartford Life Insurance Company | Attorney for Plaintiff Mark Abrams Riemer & Associates LLC |
| 926 EAB Plaza | 60 East 42nd Street, Suite 2430 |
| Uniondale, New York 11556-0926 | New York, New York 10165 |

SO ORDERED: 2-22-06

_/s/_
ALVIN K. HELLERSTEIN, U.S.D.J.